IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

    v.        Criminal No. 2:09-20004-001

JOHN GRAVES                                                 DEFENDANT

## O R D E R

Now on this 23rd day of March, 2009, there comes on for consideration, the Motion to Withdraw as counsel of record for Defendant (Doc. 34) filed by Mark J. Mobley. The Court, being well and sufficiently advised in the premises, finds that the Motion should be and hereby is GRANTED. Accordingly, Mark J. Mobley is permitted to withdraw as counsel for Defendant. Defendant continues to be represented by Ernie Witt.

IT IS SO ORDERED this 23rd day of March 2009.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**